UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| RICHARD SMITH AND JANELLE SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | CAUSE NO. 3:08-CV-536 JVB |
| v. | ) |  |
|  | ) |  |
| TOWN OF FULTON, INDIANA, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## OPINION AND ORDER

On February 2, 2010, Defendants, Town of Fulton, Indiana, Town Council of Fulton, Town of Fulton Wastewater Utility, and Fulton Health Department (collectively "Fulton"), filed a joint motion for an extension of time to complete discovery. However, Fulton's motion was unaccompanied by a form of order, pursuant to Local Rule 5.1. See N.D. L.R. 5.1(e) ("The filing of a motion or petition requiring the entry of a routine or uncontested order by the judge or the clerk shall be accompanied by a suitable form of order together with sufficient copies thereof for service upon all parties or their counsel.").

Because Fulton has failed to comply with the local rules, its motion is **DENIED WITHOUT PREJUDICE**. [Doc. No. 22]. Fulton may refile its motion along with the appropriate form of order.

**SO ORDERED.**

**Dated this 3rd Day of February, 2010**.

.

               S/Christopher A. Nuechterlein
               Christopher A. Nuechterlein
               United States Magistrate